# UNITED STATES DISTRICT COURT
for the
Northern District of New York
_____ Division

Ms. Holmes Alexander 21A1957
*Plaintiff(s)*
(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

-v-

Orc A. Morales
Green haven Correctional Facility
*Defendant(s)*
(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.)

Case No. _____
*(to be filled in by the Clerk's Office)*



U.S. DISTRICT COURT - N.D. OF N.Y.
FILED
JAN - 2 2024
AT ____ O'CLOCK ____
John M. Domurad, Clerk - Syracuse

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Prisoner Complaint)

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

I. The Parties to This Complaint

A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name: Holmes Alexander
All other names by which you have been known: Chanel Ané, Ms. Holmes A
ID Number: 21A1957
Current Institution: Green haven correctional Facility
Address: PO Box 4000
Stormville, NY, 12582

B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. Make sure that the defendant(s) listed below are identical to those contained in the above caption. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1
Name: All of Green haven Correctional facility
Job or Title: in their own capacity
Shield Number:
Employer:
Address: 594 Route 216
Stormville, NY, 12582
[✓] Individual capacity  [✓] Official capacity

Defendant No. 2
Name: Superintendent Miller
Job or Title: Superintendant
Shield Number: Superintendant
Employer: Green — State of New York
Address: 594 Route 216
Stormville, NY, 12582
[ ] Individual capacity  [✓] Official capacity

Page 2 of 11

Defendant No. 3
- Name
- Job or Title *(if known)*
- Shield Number
- Employer
- Address

City    State    Zip Code

☐ Individual capacity    ☐ Official capacity

Defendant No. 4
- Name: orc A. Morales
- Job or Title *(if known)*: orc
- Shield Number: orc
- Employer: orc of green haven
- Address: Correctional facility
  Stormville   NY   12582
  City    State    Zip Code

☑ Individual capacity    ☑ Official capacity

## II. Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics*, 403 U.S. 388 (1971), you may sue federal officials for the violation of certain constitutional rights.

A. Are you bringing suit against *(check all that apply)*:

☑ Federal officials (a *Bivens* claim)

☑ State or local officials (a § 1983 claim)

B. Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

UCC violations, Holding my person, + Kidnap of my person.

C. Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials? ~~under the~~ uniform commercial code, grossly negligence of confidential order of the Article 75 civil service law, + kidnap

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed. Superintendant Miller allows Medical Malpractice to occur and also is holding confidential and false paper work under Nassau county indictment 1562N-19 Also Holding Me Ms Holmes Alexander #21A1957 and the ORC of Green Haven Not finding adequate Housing Knowing I'm wrongfully convicted

III. **Prisoner Status**

Indicate whether you are a prisoner or other confined person as follows *(check all that apply):*

- [ ] Pretrial detainee
- [ ] Civilly committed detainee
- [ ] Immigration detainee
- [x] Convicted and sentenced state prisoner
- [ ] Convicted and sentenced federal prisoner
- [ ] Other *(explain)* Kidnapped and wrongfully Convicted

IV. **Statement of Claim**

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. If the events giving rise to your claim arose outside an institution, describe where and when they arose. 262 Old Country Road Nassau County Supreme Court, July 21, 2021 + November 14th 2018

B. If the events giving rise to your claim arose in an institution, describe where and when they arose. Nassau County Correctional Facility, Midstate Correctional Facility, Marcy Correctional Facility, Fishkill Correctional Facility, Woodbourne Correctional Facility, Green Haven Correctional Facility

C. What date and approximate time did the events giving rise to your claim(s) occur?

~~october 2021 till December~~

November 14th, 2014, December 20, 2023 every hour, second, minute.

D. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)* The Facts are that Superintendants of all ~~facility~~ facilities Aforementioned Withheld false and confidential paper work within my IND# 15c2N-19 to embezzle my securities and as well the confidential paper work holds commercial value. → See Attachments

V. **Injuries**

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive. I've been raped by 5 people in fishkill c.f. I've been cut in my neck with a Blade, I've had my food poisoned, I've been stabbed twice, I've had a CO Put his cock in my mouth until he ejaculated, my personal bought female hygiene stolen my securities embezzeled, starved, Drinking toilet water because my water

VI. **Relief**

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

Release from Cruel and Unusual ~~Punishment~~ Punishment grab the Person that did this crime and $8.2 million dollars for Pain and Suffering medical Malpractice for my lupus and Hypothyroid that I was Naturally Born with osi faliure to investigate the rape and me being thrown in SHU and ect

## VII. Exhaustion of Administrative Remedies Administrative Procedures

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Administrative remedies are also known as grievance procedures. Your case may be dismissed if you have not exhausted your administrative remedies.

A. Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

[✓] Yes

[ ] No

If yes, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s). NCCC, ~~~~ MSCF, GHCf, Marcy cf, Fishkill cf, Wood Bourne cf.,

B. Does the jail, prison, or other correctional facility where your claim(s) arose have a grievance procedure?

[✓] Yes

[ ] No

[ ] Do not know

C. Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose cover some or all of your claims?

[ ] Yes

[✓] No

[✓] Do not know

If yes, which claim(s)?

D. Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this complaint?

☑ Yes

☐ No

If no, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

☐ Yes

☐ No

E. If you did file a grievance:

1. Where did you file the grievance?

   MiDState cf, NCCC, Green haven cf, Fishkill cf, Woodbourne cf,

2. What did you claim in your grievance?

   everything aforementioned in V. section

3. What was the result, if any?

   I got a spit in the face figurtively speaking.

4. What steps, if any, did you take to appeal that decision? Is the grievance process completed? If not, explain why not. *(Describe all efforts to appeal to the highest level of the grievance process.)*

   I appealed to the superintendants and the courts for better relief. and please take a look at Enclosed.

F.   If you did not file a grievance:

1. If there are any reasons why you did not file a grievance, state them here:

   ~~

2. If you did not file a grievance but you did inform officials of your claim, state who you informed, when and how, and their response, if any:

   ~~

G.   Please set forth any additional information that is relevant to the exhaustion of your administrative remedies.

*See attached Exhibits*

(Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.)

## VIII. Previous Lawsuits

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

To the best of your knowledge, have you had a case dismissed based on this "three strikes rule"?

☐ Yes
☒ No

If yes, state which court dismissed your case, when this occurred, and attach a copy of the order if possible.

A. Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

☑ Yes

☐ No

B. If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1. Parties to the previous lawsuit
   Plaintiff(s) *Please see Attached →*
   Defendant(s)

2. Court *(if federal court, name the district; if state court, name the county and State)*

3. Docket or index number

4. Name of Judge assigned to your case

5. Approximate date of filing lawsuit

6. Is the case still pending?

   ☑ Yes

   ☑ No

   If no, give the approximate date of disposition.

   *Please see Attached*

7. What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

C. Have you filed other lawsuits in state or federal court otherwise relating to the conditions of your imprisonment?

*Please see Attachments*

☐ Yes
☑ No

D.  If your answer to C is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

  1. Parties to the previous lawsuit        *Please See Attachments*
     Plaintiff(s) _____
     Defendant(s) _____

  2. Court *(if federal court, name the district; if state court, name the county and State)*

  3. Docket or index number

  4. Name of Judge assigned to your case

  5. Approximate date of filing lawsuit

  6. Is the case still pending?
     ☐ Yes
     ☑ No
     If no, give the approximate date of disposition _____

  7. What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

IX. **Certification and Closing**

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

A. **For Parties Without an Attorney**

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: December/20/2023

Signature of Plaintiff: *[signed]*
Printed Name of Plaintiff: Mr. Alexander Holmes
Prison Identification #: 21A1957
Prison Address: Green Haven C.F.
Stormville, NY 12582

B. **For Attorneys**

Date of signing: December/20

Signature of Attorney:
Printed Name of Attorney: Cheryl L. Bartow P.C.
Bar Number:
Name of Law Firm: Offices of Cheryl Bartow Esq.
Address: 194 Old Country Road
Mineola, NY 11501
Telephone Number:
E-mail Address:

Attachment

- a Shemale inside A Male Max A prison unlawfully because I was unintelligent to Malicious prosecution the courts proceedings And my Wrongful conviction With the Assistant District Attorney Mixing up false Documents in IND# 1562N-19 from Where I'm from Nassau county.

V. ~~My Water~~ Attachment

- Was shot off for 3weeks in Midstate C.F. RRU where there was no cameras by C.O. Ayleworth, C.O. Pasek, C.O. Brown, Captin Murphy, Superintendent Hilton, and C.O. Reihe, and Alien torts, Org. Iowjewski, & Lt. Nevins. I was Starved, I was Beat, Sexually Abused, Harassed, Being called A man repeatedly Had Alot of Bias and Bigoted Acts drawn Against me, also racist, Antisocial & sociopathic undertones ~~display~~ displayed.

(D.) Attachment

- The people involved was all superintendents in All Facilities Aforementioned As well As Alien Torts, state actors, and Executive De Son torts involved in the Bias action, Jeffery Scott grader, Robert G Bogle the Judge of Supreme court of Nassau county, Eugenia soidatos, Madline Signas, Cristin N. Connell, Andrea Shiry Ann Thompson, Stanley the pimp of Andrea, 9040 Detective Kauperveen, Jason Cowan ID# 3763-89 (Q) All the Police Departments in Nassau county, green haven c.f., Midstate c.f., Woodbourne c.f., Fishkill c.f., Marcy c.f., Nassau county c.f., NUMC hospital, (DHS), The people of New york State, Who kidnapped me from my Residence of 23 years Before my Incarceration

  Who else Saw what happen
- is Kyle craige 22B2683 And others Because he was Right Next to me when I was in
- 10-2-50 cell in midstate RRU located PO Box 13403 Marcy, NY, 13403.

12/2016

## INCARCERATED GRIEVANCE RESOLUTION COMMITTEE
## ACKNOWLEDGEMENT OF RECEIPT

TO: __Holmes__   DIN: __21A1957__   LOC. __E4-143__

FROM: IGRC OFFICE: Incident date: _____   Action Request: _____   Signature: _____

CODE: __22__   TITLE: __DID NOT RECEIVE Eyeglasses Paid for__

This notice is to inform you that your grievance has been received by this office on __11/10__. It has been given the log number GH __2122-23__. NOV 16 2023

Your log number, DIN, and cell location must be included on any inquiry made concerning your grievance.

Upon completion of an investigation into your grievance, you will be scheduled for an IGRC hearing. According to Directive #4040 if you do not appear for the hearing without a legitimate reason, the IGRC will hold a hearing in absentia.

If your grievance is numbered as part of a consolidated issue, you may or may not be called for a hearing. However, you will receive a copy of the grievance committee's decision, and you may appeal any decision in accordance with Directive #4040.

Directive #4040 701.3(a) *Inmate's Responsibility*. An incarcerated individual is encouraged to resolve his complaints through the guidance and counseling unit the program area directly affected, or other existing channels (informal or formal) prior to submitting a grievance. Although a facility may not impose pre-conditions for submission of a grievance, the failure of an incarcerated individual to attempt to resolve a problem on his own may result in the dismissal and closing of a grievance at an IGRC hearing.

*Notice of Return: **Please resubmit with correction requested.***

Please be advised that your grievance received on _____, is being returned to you via callout for one or more of the following reasons. You will be placed on a callout to meet with an IGRC Representative or IGP Supervisor to address any issues.

___ No action request, please indicate one.   ___ No incident date noted.

___ No signature   ___ Non-grievable per Directive #4040

___ Unable to understand handwriting.   ___ Loss/damage of property is addressed by utilizing the claim mechanism in accordance with Directive #2733.

___ Other (as indicated below):

_____
_____
_____
_____

IGP Supervisor Stanaway _____/s/_____ IGP Supervisor Pickett _____

Writ Legal copy

| NEW YORK STATE Corrections and Community Supervision | GRIEVANCE NO. 2122-23 | DATE FILED NOV 16 2023 |
|---|---|---|
| | GRIEVANT NAME Ms. Alexander | DIN 21A1957 |
| INCARCERATED GRIEVANCE PROGRAM | FACILITY Holmes GREEN HAVEN CF | HOUSING UNIT E4-143 |
| COMPLAINT FORM | PROGRAM | DATE 11/10/23 |

*(This form must be filed within 21 calendar days of grievance incident\*)*

**Description of Problem:** (Please make as brief as possible and print legibly)

This grievance is involving my prescription glasses please see my first copy for my glasses I paid $15 in total for my gold wire frames for Mid-state yet paid for I will like my prescriptions that i paid for thank you for your patients

Grievant Signature: [signature]                                NOV 16 2023

Grievance Clerk Signature: [signature]    Date: 11-16-23

**Advisor Requested:** ☑ YES  ☐ NO  Who: Mid-state Doctor Chaudrey 114 medical

**Action Requested by Grievant:**
Please get my glasses I paid for.

**This Complaint Has Been Resolved as Follows:**

**Informal Resolution Accepted:** (To be completed only if resolved prior to hearing)

Grievant Signature: _____   Date: _____

Witness Signature: _____   Date: _____

*If unresolved, you are entitled to a hearing by the Incarcerated Grievance Resolution Committee (IGRC).*
*\*An exception to the time limit may be requested under Directive #4040, § 701.6 (g).*

FORM 2131 (12/21)

**GREEN HAVEN CORRECTIONAL FACILITY**
P.O. BOX 4000
STORMVILLE, NEW YORK 12582-4000

NAME: Ali, John M. (et.) DIN: 21A1957

JAN - 2 REC'D

RECEIVED
JAN 02 2024
carbon deaved copy

Legal Mail

NEOPOST
GREEN HAVEN
12/26/2023
US POSTAGE $000.87
ZIP 12582
041M11466608
CORRECTIONAL FACILITY

FIRST-CLASS MAIL

Hon. Andrew T. Baxter
Federal Building
and U.S. Court House
Syracuse, NY 13261-7346